## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JACQUELINE W. FERGUSON** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action Number: 1:15-CV-03717-WMN |
| | * |
| **INTERACTIVE HEALTH** | * |
| **SOLUTIONS, INC.** | * |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Jacqueline Ferguson and Defendant Interactive Health Solutions, Inc. (hereinafter, jointly referred to as "the Parties") respectfully request that this Honorable Court approve a settlement agreement that the Parties have reached concerning Plaintiff's lawsuit under the Fair Labor Standards Act 29 U.S.C. § 201, *et seq*. (hereinafter, "FLSA"). The Parties seek Court approval of this settlement because claims under the FLSA, like those released by the Plaintiff in the Settlement Agreement and General Release that all parties have entered into, may not be waived or released without U.S. Department of Labor or Court approval.

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin L. Davis, III* | */s/ Susan K. Lessack* |
| Benjamin L. Davis, III, Esq. (29774) | Susan K. Lessack |
| bdavis@nicholllaw.com | lessacks@pepperlaw.com |
| The Law Offices of Peter T. Nicholl | Kali T. Wellington-James |
| 36 South Charles Street, Suite 1700 | wellingk@pepperlaw.com |
| Baltimore, Maryland 21201 | Pepper Hamilton, LLP |
| Phone No.: (410) 244-7005 | 400 Berwyn Park |
| Fax No.:    (410) 244-8454 | 899 Cassatt Road |
| | Berwyn, Pennsylvania 19312 |
| *Attorney for Plaintiff* | Phone No.: (610) 640-7806 |
| | Fax No.:    (276) 200-0813 |

Teresa D. Teare
teare@shawe.com
Shawe and Rosenthal, LLP
One South Street, Suite 1800
Baltimore, Maryland 21202
Phone No.: (410) 752-1040
Fax No.: (410) 752-8861

*Attorneys for Defendant*